IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50193
_____

UNITED STATES OF AMERICA
                    Plaintiff - Appellee

v

FREDERICK LEON DEAN; JIMMIE LEE PARKER
                    Defendants - Appellants

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. MO-99-CR-49-2
August 1, 2001

Before KING, Chief Judge, and BARKSDALE, Circuit Judges
and NOWLIN,[*] District Judge.

PER CURIAM:[**]

Defendants-Appellants appeal their jury convictions of
aiding and abetting distribution of cocaine base. They argue
that certain out-of-court statements were improperly admitted
into evidence, that the evidence is insufficient to support
Appellant Dean's conviction, and that cumulative error deprived
Appellant Parker of a fair trial. Having considered the oral
arguments, the briefs, and the pertinent parts of the record, we
find no reversible error.

_____

[*]Chief Judge of the Western District of Texas, sitting by
designation.

[**]Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

For the above-stated reasons, Defendants'-Appellants' convictions and sentences are AFFIRMED.